**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2221**

———————

JAMES HUNTER,

                                        Plaintiff - Appellant,

        versus

HOWARD COUNTY HOUSING COMMISSION,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-05-1953-WDQ)

———————

Submitted:  March 29, 2006          Decided:  April 12, 2006

———————

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Hunter, Appellant Pro Se. Barbara McFaul Cook, County
Solicitor, Ellicott City, Maryland; Carol Saffran Brinks, HOWARD
COUNTY OFFICE OF LAW, Ellicott City, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Hunter appeals the district court's order granting summary judgment to Defendant in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hunter v. Howard County Housing Comm'n, No. CA-05-1953-WDQ (D. Md. Oct. 5, 2005). We deny Hunter's "Motion to Appeal the Decision and Petition for Stay" and his "Motion for Summary and/or Default Judgment." Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED